**Order entered January 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01293-CV

### JAMES A. WALTER, Appellant

### V.

### 21ST CENTURY INSURANCE COMPANY, ET AL., Appellees

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-08240-A**

## ORDER

The Court has before it appellant's January 23, 2013 request for extension of time to file his amended brief.  The Court **GRANTS** the motion and **ORDERS** that the amended brief tendered by appellant on January 23, 2013 be timely filed as of today's date.

/s/      ELIZABETH LANG-MIERS
          JUSTICE